IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | ) | |
| | ) | **ATTORNEY'S NOTICE OF** |
| PLAINTIFF, | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 14-CV-492 |
| JOHN DOE, NO. 5, | ) | |
| | ) | |
| DEFENDANT. | ) | |

PLEASE TAKE NOTICE THAT John Doe No. 5, Defendant, has retained THE FITZGERALD LAW FIRM, Attorney Lane Fitzgerald, to appear for him in the above-captioned matter.  Kindly direct all correspondence to the address below.

Respectfully submitted,

THE FITZGERALD LAW FIRM


/s/ Lane Fitzgerald
Lane Fitzgerald, SBN 1076290
2031 Riverside Drive, Suite A
Beloit, WI 53511
Phone: 608.318.3489
Fax: 608.234.4767
Email: info@thefitzgeraldlawfirm.com