IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

---

DALLAS BUYERS CLUB, LLC

        Plaintiff,                                Case No.: 14-CV-492

v.

JOHN DOE, NO. 5

        Defendant.

---

JOHN DOE, NO. 5'S MOTION FOR PROTECTIVE ORDER

---

The Defendant, John Doe No. 5, the Defendant herein, reserving his right to challenge jurisdiction, by and through his counsel, The Fitzgerald Law Firm, Lane Fitzgerald, hereby moves this court for a protective order:

1. That on or about August 27, 2014, Plaintiff served its subpoena on a third-party, Charter Communications, Inc.

2. The deadline to respond to said subpoena is 9 September 2014.

3. Should John Doe, No. 5's objections be denied, he moves this court to hear the instant motion.

4. John Doe, No. 5, hereby moves this court for protective order prohibiting the disclosure of his identity.

5. John Doe, No. 5 asks this court, if his objections be denied, that Doe No.5's Internet Service Provider respond to this court's subpoena on a confidential basis to Plaintiff's counsel and the identified customer only.

6. Finally, Doe, No. 5 hereby requests an Order further prohibiting the disclosure of identifying information by amended pleading or any other filing unless under seal and with obtaining, in advance, leave of this court, and notice to Doe No. 5's counsel.

Dated: 9 September 2014

                                        THE FITZGERALD LAW FIRM
                                        Attorneys for John Doe, No. 5

                                        /s/ *Lane Fitzgerald*
                                        Lane Fitzgerald, SBN 1076290

2031 Riverside Drive, Suite A
Beloit, WI 53511
Phone: 608-318-3489
Fax: 608-234-4767
Email: info@thefitzgeraldlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9 day of September, 2014, I sent via ECF, JOHN DOE, NO. 5'S MOTION FOR PROTECTIVE ORDER with all counsel of record.

Dated: 9 September 2014

                                        THE FITZGERALD LAW FIRM

                                        /s/ *Jarred Thorpe*
                                        Jarred Thorpe, Legal Assistant

2031 Riverside Drive, Suite A
Beloit, WI 53511
Phone: 608-318-3489
Fax: 608-234-4767