IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3: 14-CV-492 |
| | ) | |
| Does 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DOE NO. 9'S OMNIBUS MOTION
TO SEVER AND DISMISS DEFENDANT DOE NO. 9
AND TO QUASH NON-PARTY SUBPOENA**

Defendant Doe No. 9 ("Defendant"), through its attorneys Reynolds Oliveira LLC, hereby makes the following omnibus motion. First, Defendant moves the Court to sever and dismiss Defendant from the above-captioned action. Second, Defendant moves the Court to quash the non-party subpoena plaintiff Dallas Buyers Club, LLC ("Plaintiff") has issued to compel Charter Communications, Inc. to disclose Defendant's identity (Exhibit A). The grounds for both are the same: that Plaintiff's joinder of twenty (20) unrelated defendants in this action is improper.

WHEREFORE, Defendant respectfully asks the Court for the following relief:

1. An order severing and dismissing Defendant from the above-captioned case; and

2. An order quashing Plaintiff's non-party subpoena.

Defendant also respectfully requests an oral argument on the merits of this motion, to be scheduled and carried out at the Court's convenience.

Respectfully submitted on September 9, 2014.

                                              **REYNOLDS OLIVEIRA LLC**

By:  Marcel S. Oliveira, SBN 1093754
      Attorneys for Defendant Doe No. 19
      407 East Main Street
      Madison, WI 53703
      Phone: (608) 257-3621
      Fax: (608) 257-5551
      Marcel.Oliveira@ReynoldsOliveira.com