AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Dallas Buyers Club, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-00492 |
| DOES 1-20 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Subpoena Compliance/Custodian of Records: Charter Communications, Inc. C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY. 8040 EXCELSIOR DRIVE .SUITE 400

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Per the attached Order, provide the name, current (and permanent) addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will provide data to you in cost-effective format if you inform us of your preferred format.

| Place: Keith A. Vogt/ Takiguchi & Vogt<br>1415 W 22nd Street, Tower Floor<br>Oak Brook, IL 60523 | Date and Time:<br><br>August 28, 2014  10:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  __July 28, 2014__

 CLERK OF COURT

 OR

_____      S/KEITH VOGT
*Signature of Clerk or Deputy Clerk*     _____
       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Plaintiff
_____, who issues or requests this subpoena, are:
Keith Vogt/Takiguchi & Vogt/1415 W 22nd Street, Tower Floor/Oak Brook, IL 60523/(773) 340-9469
kvogt@TakiguchiandVogt.com