9/9/2014
10:30 AM

Attention:
United States District Court
for the Western District of Wisconsin
Dallas Buyers Club LLC vs Does 1-20
Court Case No. 3:14-cv 00492-wmc
Case # 14-3076
ID # 17
IP Address 24.241.234.17

To Whom it may concern:
I object to the release of my personal information in this case.

Thank you,
Anonymous

2014 SEP 10 AM 11:18
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED