## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00492 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 24.183.36.13.

DATED: September 16, 2014                    Respectfully submitted,

Dallas Buyers Club, LLC,

By:     s/ Keith A. Vogt
         Keith A. Vogt (Bar No. 6207971
         Takiguchi & Vogt, LLP
         1415 West 22nd Street, Tower Floor
         Oakbrook, IL 60523
         (630) 974-5707
         KVogt@takiguchiandvogt.com
         Attorney for Plaintiff