## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00492 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE #11, OWNER OF IP ADDRESS 71.82.157.211

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 11, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 71.82.157.211.

DATED: October 27, 2014

Respectfully submitted,

Dallas Buyers Club, LLC,

By: s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(630) 974-5707
Attorney for Plaintiff